1
2
3
4
5
6
7

FILED

APR 0 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ARMANDO GONZALEZ,                )      No. C 10-4236 JW (PR)
                                      )
12              Petitioner,           )
                                      )
13        vs.                         )      ORDER OF DISMISSAL; NEW
                                      )      ACTION FILED IN ERROR;
14                                    )      INSTRUCTIONS TO THE CLERK
     TIM VIRGA, Warden,               )
15                                    )
                Respondent.           )      (Doc. ## 2 & 4)
16                                    )
                                      )
17   _____)

18        On September 20, 2010, petitioner, a state prisoner incarcerated at New

19   Folsom State Prison in Represa, California, filed a pro se petition for a writ of

20   habeas corpus under 28 U.S.C. § 2254 challenging a criminal judgment from Santa

21   Clara County superior court, which the Court filed as a new action.  But rather than

22   be filed as a new action, the petition should have been filed in Gonzalez v. Walker,

23   No. C-08-2389-VRW (N.D. Cal. filed May 6, 2008).  That action was closed

24   administratively when the Court granted petitioner's simultaneously-filed motion to

25   stay the proceedings to allow him to exhaust state court remedies.  Id., Doc. #2.

26        Good cause appearing, the instant action is DISMISSED as filed in error.

27   The clerk is directed to reopen the action in Gonzalez v. Walker, No. C-08-2389-

28   VRW and to file the instant petition under that case number.  Once that matter is

United States District Court
For the Northern District of California

1    reopened, an initial order will issue.  The clerk is further directed to terminate any

2    pending motions as moot and close the file.

3

4

5         IT IS SO ORDERED.

6

7    DATED: *March 29, 2011*

8                                        JAMES WARE
                                         United States District Chief Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    G:\PRO-SE\VRW-----JW REASSIGNMENTS 2011\HC-10\Gonzalez-10-4236-dismissed-filed in error-08-2389.wpd

28                                        2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ARMANDO R GONZALEZ,

            Plaintiff,

   v.

VERGA et al,

            Defendant.

_____/

Case Number: CV10-04236 JW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Armando Ruben Gonzalez V-74787
C.S.P. SAC
P.O. Box 290066
Represa, CA 95671-0066

Dated: April 1, 2011

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk